**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Voice: 818-225-9040
Facsimile: 818-225-9042

**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue
15th Floor Los Angeles, CA 90024
Telephone: (310) 432-8492

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKELE HILL, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-08111-CJC-CFE<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Cormac J. Carney |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, pursuant to Central District Local Rule 16-15.7, that this matter has settled. The Parties are in the process of finalizing the written settlement agreement. Plaintiff intends to file a Request for Dismissal within thirty (30) days.

Dated: April 25, 2023				Respectfully submitted,

**POMERANTZ LLP**
**THE LAW OFFICE OF ROBERT STARR**

By:   /s/ Ari Y. Basser
Jordan L. Lurie
Ari Y. Basser
Robert L. Starr

*Attorneys for Plaintiff*