UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08111-CJC-E | Date | July 5, 2023 |
|---|---|---|---|
| Title | Makele Hill v. BMW of North America, LLC | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

   The Court, having been advised by the plaintiff that this action has been resolved by a Stipulation of Dismissal [19], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk   rrp